UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISON

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:14CV1650 RLW |
| A & W CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Reconsideration of Order Denying Plaintiffs' Motion to Compel Discovery (ECF No. 38). Plaintiffs request that the Court compel Willie Lomax, representative for Defendant A & W Construction Company, Inc., to appear for a post-judgment deposition and to produce the records requested in Plaintiffs' Notice of Deposition at the offices of Plaintiffs' counsel on November 30, 2016 at 10:00 a.m. Plaintiffs note that Mr. Lomax failed to appear at a previous deposition scheduled on October 11, 2016 at 10:00 a.m. and failed to produce any of the requested documents. Furthermore, Mr. Lomax did not otherwise attempt to contact Plaintiffs' counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of Order Denying Plaintiffs' Motion to Compel Discovery (ECF No. 38) is **GRANTED.** Willie Lomax, representative for Defendant A & W Construction Company, Inc., shall appear for a post-judgment deposition and shall produce the records requested in Plaintiffs' Notice of Deposition at the offices of Plaintiffs' counsel on **November 30, 2016 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order via UPS and regular mail to A & W Construction Company, Inc., at the following addresses:

> A & W Construction Company, Inc.  
> Attn: Willie Lomax  
> 3735 Avenue De Paris Dr.  
> Florissant, MO 63034

> A & W Construction Company, Inc.  
> Attn: Carolyn Adeniji  
> 129 Bear Claw Drive  
> Wentzville, Missouri 63385

Dated this 17th Day of November, 2016.

*/s/ Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**